UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80747-DMM

HOWARD COHAN,

    Plaintiff,

vs.

JUST SALAD BOCA CENTER LLC
a Foreign Limited Liability Company; and
JUST SALAD WEST BOCA, LLC
a Foreign Limited Liability Company

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendants, JUST SALAD BOCA CENTER LLC, a Foreign Limited Liability Company, and JUST SALAD WEST BOCA, LLC, a Foreign Limited Liability Company, (the "Parties") hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against JUST SALAD BOCA CENTER LLC, a Foreign Limited Liability Company, and JUST SALAD WEST BOCA, LLC, a Foreign Limited Liability Company, and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED September 27, 2024.

| | |
|---|---|
| By: /s/ **Gregory S. Sconzo** | By: */s/ Abbye E. Alexander, Esq.* |
| Gregory S. Sconzo, Esq. | Abbye E. Alexander, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 662348 |
| Sconzo Law Office, P.A. | aalexander@kaufmandolowich.com |
| 3825 PGA Boulevard, Suite 207 | orlandopleadings@kaufmandolowich.com |
| Palm Beach Gardens, FL 33410 | KAUFMAN DOLOWICH LLP |
| Telephone: (561) 729-0940 | 301 E Pine Street, Suite 1150 |
| Facsimile: (561) 491-9459 | Orlando, Florida 32801 |
| Email: greg@sconzolawoffice.com | Tel: (407) 789-0244 |
| Email: perri@sconzolawoffice.com | Fax: (888) 502-6353 |
| *Attorney for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

       /s/ Gregory S. Sconzo
       **Gregory S. Sconzo, Esq.**